UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     **PLAINTIFF,** | : <br> :     **CASE NO. 1:01-cv-729** <br> : |
| **V.** | : <br> :     **JUDGE DLOTT** |
| **CONTENTS OF ACCOUNT NUMBER 400039▮▮▮, IN THE NAME OF UNITY WHOLESALE GROCERY U.W.G., AT COMMUNITY TRUST BANK, N.A., LEXINGTON, KENTUCKY, et al.,**     **DEFENDANTS.** | : <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to Local Rule 83.4(d), notice is hereby given that Donetta D. Wiethe, Assistant United States Attorney, is hereby substituted as Trial Attorney of Record in the within cause for the Plaintiff, United States of America, in the place and instead of Assistant United States Attorney, Kathleen M. Brinkman. This substitution is being made with the knowledge and consent of the Plaintiff.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

s/Kathleen M. Brinkman
KATHLEEN M. BRINKMAN (0016269)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6385
Kathleen.Brinkman @usdoj.gov

s/Donetta D. Wiethe
DONETTA D. WIETHE (0028212)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Donetta.Wiethe @usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Substitution of Counsel of Record was served by regular U.S. Mail on this 20th day of October, 2004 upon the following:

Robert W. Dibert
Kenneth J. Tuggle
Kimberly Blodgett
Robert C. Webb
Attorneys for Tareq Shalash and
    Unity Wholesale Grocery, Inc.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202

E. Lambert Farmer, Jr.
Attorney for Tareq Shalash and
    Unity Wholesale Grocery, Inc.
Frost Brown Todd LLC
2700 Lexington Financial Center
Lexington, KY 40507

Christie L. Pattinson
Attorney for Tareq Shalash and
    Unity Wholesale Grocery, Inc.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

R. Kent Westberry
Attorney for Anas Shalash, Ziyad Shalash,    and United Trading Company
Landrum & Shouse LLP
400 West Market Street, Suite 1550
Louisville, KY 40202

                                              s/Donetta D. Wiethe
                                              DONETTA D. WIETHE (0028212)
                                              Assistant United States Attorney