UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        PLAINTIFF,<br><br>V.<br><br>CONTENTS OF ACCOUNT NUMBER 400039■■■, IN THE NAME OF UNITY WHOLESALE GROCERY U.W.G., AT COMMUNITY TRUST BANK, N.A., LEXINGTON, KENTUCKY, et al.,<br>        DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    CASE NO. 1:01-cv-729 |

## ORDER OF DISMISSAL

The United States has moved this Court pursuant to Fed.R.Civ.P. 41(a)(2) for an order dismissing this civil forfeiture action.

The United States has forfeited the defendants in this action through the parallel criminal action in the United States District Court, Eastern District of Kentucky, Case number 01-93-KSF. The Sixth Circuit, U.S. Court of Appeals upheld the judgments and convictions in *U.S. v. Shalash,* Nos. 03-5037, 03-5038, 03-5210 and 03-5211, 2004 WL 1801347 (6th Cir. August 11, 2004).

Therefore, this Court hereby

DISMISSES this civil forfeiture action without prejudice, under Fed.R.Civ.P. 41(a)(2).

_____          \_s/Susan J. Dlott_____
Date                                                        SUSAN J. DLOTT
                                                                   UNITED STATES DISTRICT JUDGE